039114/01245/MHW/JFM

IN THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

CORTEZ FOSTER,

Plaintiff,

v.

VITALI KONOVOV, et al.,

Defendants.

No. 16-cv-10017

Judge Hon. Steven C. Seeger

Magistrate Hon. Jeffrey Cummings

**JOINT STATUS REPORT**

NOW COMES the Parties; jointly, by and through their attorneys, and for their Joint Status Report pursuant to this Court's Third Amended COVID-19 Order, Dkt.167, state as follows:

**I.      The Progress of Discovery**

The Parties have completed most fact depositions, with approximately four (4) remaining before the start of expert discovery.  This Court stayed discovery for the Parties to participate in a settlement conference before Judge Cummings. Dkt.158.  That conference was originally set for April 1, 2020; but has been stricken and must be rescheduled.  Dkt.164.

**II.      Status of Briefing Any Motions**

There are no pending motions.

**III.      Settlement**

The Parties had scheduled a settlement conference before Judge Cummings on April 1, 2020, which has been stricken.  Dkt.164.  Plaintiff served and filed their settlement demand on march 17, 2020, and Judge Cummings has instructed the Defendants to file a response to Plaintiff's settlement demand as soon as

practicable but in no event not later than June 1, 2020. Dkt.168. The Court will set a new date for the settlement conference in due course. Dkt.168

**IV.    Proposed, Agreed, 45 Day Discovery Schedule**

The Parties propose completing the settlement conference no later than June 26, 2020, if possible, subject to the Court's schedule, and client availability.

**V.    Agreed, Revised Discovery and Dispositive Motion Schedule**

On February 27, 2020, the Court stayed discovery until the completion of the settlement conference. Dkt.158. If the conference proves unsuccessful, a new discovery schedule will need to be set. Parties will address this schedule at the first status meeting following the settlement conference if that conference is unsuccessful.

**VI.    Any Agreed Action That the Court Can Take Without Hearing**

None at this time.

**VII.    Do the Parties Request a Necessary and Time Urgent Telephone Conference?**

No.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 18, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

<u>/s/ James F. Maruna</u>

9338004 JMARUNA;JMARUNA